IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carolyn Mitchell,<br><br>    Plaintiff,<br>  v.<br><br>Richard Rocha, et al.,<br><br>    Defendants. | NO. C 10-03424 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This case is scheduled for a Case Management Conference on November 22, 2010. The docket reflects that although this case was filed on August 4, 2010, Plaintiff has not yet served any Defendants. See Fed. R. Civ. P. 4(m). In addition, Plaintiff has failed to file a Case Management Statement in accordance with the Court's Order.

In light of the fact that Defendants have not yet been served,[1] the Court continues the Case Management Conference to **December 20, 2010 at 10 a.m.** On or before **December 10, 2010**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.

Dated: November 16, 2010

                                            JAMES WARE<br>                                            United States District Judge

---

[1] Since Plaintiff filed her Complaint on August 4, 2010, Plaintiff has until December 2, 2010 to serve Defendants with the Summons and Complaint.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kathleen Wells lioness@got.net

**Dated: November 16, 2010**      **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
         Elizabeth Garcia
         Courtroom Deputy**

United States District Court
For the Northern District of California