```
 1 | KAMALA D. HARRIS
   | Attorney General of California
 2 | TYLER B. PON
   | Supervising Deputy Attorney General
 3 | HARRY T. (CHIP) GOWER, III
   | Deputy Attorney General
 4 | State Bar No. 170784
   |   455 Golden Gate Avenue, Suite 11000
 5 |   San Francisco, CA  94102-7004
   |   Telephone:  (415) 703-1336
 6 |   Facsimile:  (415) 703-5480
   | Attorneys for Defendant Richard Rocha
 7 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN ANN MITCHELL,<br><br>                         Plaintiff,<br><br>     v.<br><br>RICHARD ROCHA,<br><br>                         Defendant. | Case No. C-10-03424-JW<br><br>**STIPULATION REQUESTING EXTENSION OF TIME TO COMPLETE EARLY NEUTRAL EVALUATION; [PROPOSED] ORDER** |

WHEREAS on February 10, 2011, this Court ordered that Early Neutral Evaluation (ENE) be completed within 90 days, that is, by May 11, 2011;

AND WHEREAS, counsel and the appointed evaluator met on March 28, 2011, and agreed to conduct the ENE on May 8, 9 or 10, 2011, contingent upon the availability of the parties;

AND WHEREAS defendant Rocha is not available for ENE the first two weeks of May 2011 due to a family vacation;

AND WHEREAS the plaintiff's attorney is not available for ENE in April 2011 due to trial commitments;

///

1

1  WHEREFOR the parties respectfully request that the court order that the deadline to
2  complete ENE be extended to June 24, 2011.

4  Dated: April 8, 2011

/s/ KATE WELLS
KATE WELLS
Attorney for Plaintiff

7  Dated: April 8, 2011

/s/ HARRY T. GOWER, III
HARRY T. GOWER, III
Attorney for Defendant

11  [PROPOSED] ORDER

12  Pursuant to the Stipulation above, the deadline to complete Early Neutral Evaluation in this
13  case is extended to June 24, 2011.

14  IT IS SO ORDERED.

16  Dated: April 22, 2011

_____
UNITED STATES DISTRICT COURT JUDGE

27  20430456

2