1  KAMALA D. HARRIS
   Attorney General of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  HARRY T. (CHIP) GOWER, III
   Deputy Attorney General
4  State Bar No. 170784
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-1336
6   Facsimile:  (415) 703-5480
   *Attorneys for Defendant Richard Rocha*

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

| | |
|---|---|
| **CAROLYN ANN MITCHELL**, | Case No. C-10-03424-EJD |
| Plaintiff, | **REQUEST TO CHANGE CASE MANAGEMENT CONFERENCE DATE TO SEPTEMBER 9, 2011** |
| v. | |
| **RICHARD ROCHA**, | |
| Defendant. | |

On August 2, 2011, this Court, at the request of the parties, set a Case Management Conference for October 28, 2011.

The parties now respectfully request that the Case Management Conference be held earlier, on September 9, 2011.  The parties wish to discuss pre-trial scheduling with the court, and the October 28 date will be too late to deal with some of the scheduling issues facing the parties.  For instance, the close of discovery is set for September 30, and the parties wish to discuss extending that date.

///

///

1

REQUEST/ORDER TO CHANGE CASE MANAGEMENT CONFERENCE DATE (C-10-03424-EJD)

For the foregoing reasons, the parties respectfully request that the court order that the Case Management Conference be held on September 9, 2011.

IT IS SO STIPULATED.

Dated: August 19, 2011

KAMALA D. HARRIS
Attorney General of California

/s/ *HARRY T. GOWER, III*
HARRY T. GOWER, III
Deputy Attorney General
*Attorneys for Defendant Richard Rocha*

Dated: August 19, 2011

_____
KATE WELLS
*Attorney for Plaintiff Carolyn Ann Mitchell*

## ORDER

Pursuant to their stipulation, the parties are ordered to appear at a further Case Management Conference on September 9, 2011, at 10:00 a.m. in Department 1.  The October 28, 2011 Case Management Conference is vacated.  The parties shall filed a Joint Case Management Statement on or before September 2, 2011.

IT IS SO ORDERED.

Dated: August 23, 2011

_____
UNITED STATES DISTRICT COURT JUDGE

20510092.docx

2

REQUEST/ORDER TO CHANGE CASE MANAGEMENT CONFERENCE DATE (C-10-03424-EJD)