KATE WELLS, State Bar #107051
Attorney at Law
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476

Attorney for Plaintiff,
    CAROLYN A. MITCHELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

E FILED CASE

| | |
|---|---|
| CAROLYN A. MITCHELL, )<br>)<br>   Plaintiff, )<br>)<br>    vs. )<br>)<br>RICHARD ROCHA, )<br>)<br>)<br>   Defendants. )<br>_____ ) | NO. CV 10-03424 EJD<br><br>**WITHDRAWAL OF MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF; DECLARATION OF COUNSEL IN SUPPORT**<br><br><br>Date: October 21, 2011<br>Time: 9:00 a.m.<br>Crtrm: 1, 5th Floor |

TO: Defendant, RICHARD ROCHA, and his attorney of record, HARRY T. GOWER, III, Deputy Attorney General.

PLEASE TAKE NOTICE that undersigned counsel for plaintiff hereby withdraws her motion to be relieved as counsel of record for the plaintiff and requests that said motion, presently scheduled for October 21, 2011, at 9:00 a.m., be taken off calendar.

Dated: October 17, 2011               /s/
                                          KATE WELLS, Attorney for Plaintiff
IT IS SO ORDERED.           CAROLYN A. MITCHELL
The Motion to Withdraw the Motion to be Relieved as Counsel (Docket Item No. 44) is GRANTED. The Hearing on the Motion to be Relived as Counsel is VACATED and the Motion to be Relieved as Counsel (Docket Item No. 43) is TERMINATED.
Dated: October 18, 2011              _____
                                          United States District Judge
                                          Edward J. Davila

1