KATE WELLS, State Bar #107051
Attorney at Law
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476
Email: lioness@got.net

Attorney for Plaintiff,
CAROLYN A. MITCHELL

FILED

2011 DEC 14 P 3:06

RICHARD W. WIEKING
CLERK U.S. [DISTRICT COURT]

**GRANTED**
Judge Edward J. Davila

12/20/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

E-FILED CASE

| | |
|---|---|
| CAROLYN A. MITCHELL, | NO. CV 10-03424 EJD |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| RICHARD ROCHA, and DOES 1-15, | |
| Defendants. | |

Plaintiff Carolyn A. Mitchell substitutes herself, to act as her attorney in propia persona, in the above-captioned case.

I agree to the substitution.

Dated: _____
CAROLYN A. MITCHELL

LAW OFFICE OF KATE WELLS

Dated: 11/29/11
_____
Kate Wells
Attorney for Plaintiff Carolyn A. Mitchell

SUBSTITUTION
*Mitchell v. Rocha, et al.*   Case No. CV 10-03424 EJD

1

PROOF OF SERVICE

*Mitchell v. Rocha*
Case No C-10-03424 EJD
       I declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 2600 Fresno Street, Santa Cruz, CA 95062.

On the date below I served a copy of the attached **SUBSTITUTION OF ATTORNEY** on the plaintiff in this action as follows:

[ X ] **(BY UNITED STATES MAIL)** I deposited a true and correct copy in the United States Mail in a postage prepaid envelope to the addressee(s) listed below.

[ ] **(BY FAX MACHINE)** I caused the said document to be transmitted by facsimile machine to the number(s) indicated below and the facsimile machine provided confirmation that the facsimile had been sent correctly.

[ ] **(BY PERSONAL SERVICE)** I caused a true and correct copy to be delivered by hand to the addressee(s) listed below.

[ ] **(BY EMAIL ATTACHMENT)** I attached a true and correct copy in PDF format to the email address listed below.

        CAROLYN A. MITCHELL
        3463 Page Street
        Redwood City, CA 94063-4315

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 29, 2011, at Santa Cruz, California.

        KATE WELLS

SUBSTITUTION
*Mitchell v. Rocha, et al.* Case No. CV 10-03424 EJD

2