KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
HARRY T. (CHIP) GOWER, III
Deputy Attorney General
State Bar No. 170784
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1336
  Facsimile: (415) 703-5480
*Attorneys for Defendant Richard Rocha*

**IT IS SO ORDERED**
Judge Edward J. Davila
1/19/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN ANN MITCHELL,<br><br>                  Plaintiff,<br><br>v.<br><br>RICHARD ROCHA,<br><br>                  Defendant. | Case No. C-10-03424-EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///
///
///

1

1  IT IS HEREBY STIPULATED by and between the parties to this action that the above-
2  captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the
3  Federal Rules of Civil Procedure, each party to bear his or her own costs and attorneys' fees.
4  IT IS SO STIPULATED.

5

6  Dated: December 19, 2011

  _____
  CAROLYN A. MITCHELL
  *Plaintiff pro se*

7

8

9  Dated: December 16, 2011

  KAMALA D. HARRIS
  Attorney General of California

10      /s/ **HARRY T. GOWER, III**
  HARRY T. GOWER, III
11  Deputy Attorney General
  *Attorneys for Defendant Richard Rocha*

12

13  40500401.docx

14  IT IS SO ORDERED.
  The Clerk shall close this file.
15
  Dated: January 19, 2012
16  _____
  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Carolyn A Mitchell,

        Plaintiff,

  v.

Richard Rocha et al

        Defendant.

Case Number: 5:10-cv-03424-EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carolyn Ann Mitchell
3463 Page Street
Redwood City, CA 94063

January 19, 2012

                                              Richard W. Wieking, Clerk
                                              /s/ By: Elizabeth Garcia, Deputy Clerk